1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: Keslie.Stewart@usdoj.gov
8
   Attorneys for the United States of America
9

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,        )   No. 4-08-70296 WDB
14                                  )
          Plaintiff,                )   STIPULATION AND ORDER
15                                  )   EXTENDING PRELIMINARY HEARING
       v.                           )   DATE FOR DEFENDANT OSCAR
16                                  )   RAMOS VAZQUEZ TO JUNE 19, 2008 at
   AXEL JIMENEZ RODRIGUEZ,          )   10:00 a.m.
17                                  )
          Defendant.                )
18  _____ )

19
        With the agreement of the parties, and with the consent of the defendant, the Court enters
20
   this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or
21
   preliminary hearing date for Defendant Axel Jimenez Rodriguez to June 19, 2008 at 10:00 a.m.
22
   before the Honorable Wayne D. Brazil. Counsel for the defendant believes that postponing the
23
   preliminary hearing is in his client's best interest and that it is not in his client's best interest for
24
   the United States to present an indictment before the June 13, 2008 preliminary hearing date.
25
   / / /
26
   / / /
27
   / / /
28

   4-08-70296 WDB

The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.

STIPULATED:

DATED:  6/10/2008                              /s/
                                    ANTHONY J. BRASS
                                    Attorney for Defendant


DATED:   6/9/2008                              /s/
                                    KESLIE STEWART
                                    Assistant United States Attorney


IT IS SO ORDERED.

DATED:   6/13/08
                                    WAYNE D. BRAZIL
                                    United States Magistrate Judge

4-08-70296 WDB                                   2