AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 1028(a)(2) - Transfer of False Identification Document

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 15 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT - U.S
▶ AXEL JIMENEZ RODRIGUEZ

DISTRICT COURT NUMBER
CR 08-400 SBA

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 4:08-70296 WDB

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    KESLIE STEWART, AUSA

---- DEFENDANT ----

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☒ Yes  ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year  5/21/2008

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

*E-filing*

FILED
2008 JUN 17 PM 2:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AXEL JIMENEZ RODRIGUEZ,<br>a/k/a Axel Jimenez,<br><br>Defendant. | No. CR 08-400 SBA<br><br>VIOLATION: 18 U.S.C. § 1028(a)(2) –<br>Transfer of False Identification Document<br><br>OAKLAND VENUE |

### INFORMATION

The United States Attorney charges:

On or about August 15, 2007, in the Northern District of California, the defendant,

AXEL JIMENEZ RODRIGUEZ,

did knowingly transfer false identification documents that appeared to be issued by or under the authority of the United States, namely three counterfeit Lawful Permanent Resident Cards and three counterfeit Social Security Cards, knowing that such documents were

///

///

INFORMATION

1  produced without lawful authority, in violation of Title 18, United States Code, Section
2  1028(a)(2).

4  DATED:                                          JOSEPH P. RUSSONIELLO
5                                                  United States Attorney

7                                                  /s/ W. Douglas Sprague
8                                                  W. DOUGLAS SPRAGUE
                                                   Chief, Oakland Office

9  (Approved as to form: /s/ Kesley Stewart )
10                         AUSA STEWART

INFORMATION                         2