O AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

**JUN 1 9 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

AXEL JIMENEZ RODRIGUEZ,
a/k/a Axel Rodriguez.

## WAIVER OF INDICTMENT

CASE NUMBER:  CR-08-0400 SBA

I, ___AXEL JIMENEZ RODRIGUEZ___ , the above named defendant, who is accused of

knowingly transferring false identification documents that appeared to be issued by or under the authority of the United States, namely three counterfeit Lawful Permanent Resident Cards and three counterfeit Social Security Cards, knowing that such documents were produced without lawful authority, in violation of Title 18, United States Code, Section 1028(a)(2),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____6/19/2008_____ prosecution by indictment and consent that the pro-
                                        Date

ceeding may be by information rather than by indictment.

_Axel Jimenez R._
Defendant

_Tony Brass_
Counsel for Defendant

Before _Wayne D. Brazil_ 6-19-08
               Judicial Officer