JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>AXEL JIMENEZ RODRIGUEZ, )<br>)<br>   Defendant. )<br>_____ ) | No.   CR 08-00400 SBA<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR CONTINUANCE AND<br>EXCLUSION OF TIME UNDER THE<br>SPEEDY TRIAL ACT (18 U.S.C. §<br>3161(h)(8)(A) and (h)(8)(B)(iv)) |

**STIPULATION**

     This matter is currently on calendar for status on Tuesday, July 22, 2008, at 9:00 a.m. The disc of discovery the government produced to the defendant shortly before the last appearance on July 15, 2008, was unfortunately blank or unreadable. Government counsel has been in trial all week and is in the process of getting defense counsel a readable copy of the disc of discovery. Defense counsel is out of town July 29, 2008. For these reason, the parties jointly stipulate and request that the matter be continued to the new date of September 9, 2008 at 9:00 a.m., or as soon thereafter as the Court is available, for status, and further request that the time between July 22 and September 9, 2008, be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because the defendant requires additional time to review discovery and conduct research and investigation into the pending charges.

     For the foregoing reasons, the parties stipulate and agree that the ends of justice served

by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny the defendant adequate time to prepare, taking into account the exercise of due diligence. The parties therefore stipulate and agree that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

    SO STIPULATED.

Dated:    July 21, 2008

/s/
KESLIE STEWART
Assistant United States Attorney

SO STIPULATED.

Dated:    July 21, 2008

/s/
ANTHONY J. BRASS
Attorney for Defendant

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the requested continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the hearing that is currently scheduled for July 22, 2008, shall be continued to September 9, 2008 at 9:00 a.m. for status, and that the time from July 22 through September 9, 2008, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: _____, 2008                   _____
                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Court