**ANTHONY J. BRASS (CASBN. 173302)**
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

Attorney for Defendant
**AXEL JIMINEZ RODRIGUEZ**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 08-00400 SBA |
| Plaintiff, | STIPULATION AND ORDER FOR ONE WEEK CONTINUANCE |
| vs. | |
| AXEL JIMINEZ RODRIGUEZ | |
| Defendant. | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree to continue the current date from Tuesday September 9, at 11:00 AM to Tuesday September 16, 2008 at 11:00. The court moved this court appearance from 9:00 AM to 11:00 AM. I am unavailable at 11:00 AM on tomorrow's date as I am scheduled to be in court in San Joaquin County at 1:30 PM. It is not possible to continue the case in San Joaquin County at this late notice.

I have spoken with AUSA Keslie Stewart and she agrees to continue this case to one week to September 16, 2008 at 11:00 AM.

Dated: September 8, 2008                    /s/ Anthony Brass___
                                            Anthony Brass
                                            Attorney for  Terry Tong

Dated: September 8, 2008                    /s/ Keslie Stewart_____
                                            Keslie Stewart
                                            Assistant United States Attorney

U.S. v. Axel Jiminez Rodriguez

ORDER

IT IS SO ORDERED.

Dated:9/8/08

*Saundra B. Armstrong*
U. S. DISTRICT COURT JUDGE

U.S. v. Axel Jiminez Rodriguez